No. 85–1343.   HUMPHREY ET AL., DBA HUMPHREY & HAAS v. COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN., 475 U. S. 1114;
No. 85–6501.   ROBINSON v. UNITED STATES, 475 U. S. 1134; and
No. 85–6579.   VOLINO v. UNITED STATES, 475 U. S. 1128.   Petitions for rehearing denied.

No. 85–6052.   AUGUSTYNIAK v. CITY OF NEW YORK ET AL., 475 U. S. 1027.   Motion for leave to file petition for rehearing denied.